IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**RODNEY McCARRON,**

    **Defendant.**                        **Case No. 06-cr-30166-DRH-8**

### ORDER

**HERNDON, District Judge:**

        On April 23, 2007, the Court issued an Order (Doc. 138), granting defendant Rodney McCarron's Motion to Travel (Doc. 137). Because McCarron will be traveling to attend his daughter's wedding in Nassau, Bahamas on May 23, 2007, returning to St. Louis, Missouri on May 29, 2007, he will need his passport and thus, has filed a Motion for Temporary Release of Passport (Doc. 140). Defendant requests that his passport, which was surrendered to U.S. Probation Office as a condition of his bond, be temporarily released, as it is required for him to travel outside of the country. The Motion states that neither the Government nor Defendant's pretrial officer objects to this request.

        Given that the Court's previous Order allowing this travel would be rendered ineffective if Defendant did not have the necessary identification permitting him to board the airplane and enter the Bahamas, Defendant's Motion (Doc. 140) is **GRANTED**. The U.S. Probation Office is hereby directed to release defendant

Rodney McCarron's passport for the express purposes of allowing him to travel pursuant to the Court's April 23, 2007 Order (Doc. 138).  The U.S. Probation Office shall release Defendant's passport on May 22, 2007.  Defendant is **ORDERED** to return/surrender his passport to the U.S. Probation Office within 24 hours after his scheduled return (on May 29, 2007) from his permitted travel to Nassau, Bahamas.  Defendant's failure to comply with this Order may result in the revocation of his release on bond.

      **IT IS SO ORDERED**.

      Signed this 3rd day of May, 2007.

      /s/     David   RHerndon
      **United States District Judge**