IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY MCCARRON,

    Defendants.                            Case No. 06-cr-30166-8-DRH

### ORDER

**HERNDON, District Judge:**

        Before the Court is defendant McCarron's Motion for Visitation (Doc. 391), requesting transport by the U.S. Marshall on April 2, 2008, from where he is currently being detained to Desloge, Missouri, so that he may view the body of his mother before her funeral. The Government opposes Defendant's request (Doc. 392), but suggests as an alternative, that the funeral home transport Ms. McCarron to the facility where Defendant is currently housed, so that he may view the body in a secured environment. This arrangement would be at the expense of Defendant and/or his family.

        The U.S. Marshal's Office has indicated that there is insufficient time between the filing of Defendant's Motion and the date of the funeral to ensure proper security. Thus, allowing Defendant's request would present an unwarranted security risk. Therefore, said Motion is **GRANTED IN PART AND DENIED IN PART**. The

Court extends its sympathies to Defendant and his family at their time of need. Unfortunately, however, it cannot find that Defendant's request to be transported to the funeral home for a viewing is feasible, considering the enhanced security risk it would create. Yet, the Court finds the Government's proposed alternative relief to be feasible. Accordingly, the Court grants the right for Defendant's family, at their expense if they so choose, to arrange for the funeral home to transport Ms. McCarron to the facility where Defendant is currently housed, allowing Defendant private visitation time to spend his last moments with his mother before she is laid to rest.

**IT IS SO ORDERED.**

Signed this 1st day of April, 2008.

/s/   *David R Herndon*

**Chief Judge**
**United States District Court**